# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSITY OF KANSAS HOSPITAL AUTHORITY, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 19-cv-00132-RMC ) |
| ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services, | ) ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Plaintiff Hospitals respectfully submit this notice to inform the Court that the Defendant, Alex M. Azar II, Secretary of Health and Human Services ("the Secretary"), has published a proposed rule that is relevant to the Court's consideration of the pending dispositive motions in this matter. Briefing is now completed on the parties' cross-dispositive motions. *See* Pl.'s Mot. for Summary Judgment, ECF No. 7 (Feb. 15, 2019); Def.'s Mot. to Dismiss or, in the Alternative, Cross-Mot. for Summary Judgment, ECF No. 17 (Mar. 22, 2019). The parties recently filed a joint motion to consolidate this action with *Hackensack Meridian Health, et al. v. Azar*, No. 19-cv-01745-RMC; that motion remains pending.

On July 29, 2019, the Secretary published his proposed rule for the Medicare hospital outpatient prospective payment system ("OPPS") for calendar year 2020. *See* Centers for Medicare & Medicaid Services, *Medicare Program: Proposed Changes to Hospital Outpatient Prospective Payment and Ambulatory Surgical Center Payment Systems and Quality Reporting Programs*, https://www.regulations.gov/document?D=CMS-2019-0109-0001. In the proposed rule, the Secretary announced his intent to continue the policy he had set forth in his 2019 OPPS

1

rule by imposing a further reduction on OPPS Medicare payment rates for certain services performed by off-campus provider-based departments.

In light of the Secretary's proposed rule, the Plaintiff Hospitals respectfully submit that it would be appropriate for the Court to hold a status conference with respect to the pending dispositive motions.

Dated: August 2, 2019                                      Respectfully submitted,

/s/ Mark D. Polston
Mark D. Polston (Bar No. 431233)
Christopher P. Kenny (Bar No. 991303)
Nikesh Jindal (Bar No. 492008)
Joel McElvain (Bar No. 448431)
KING & SPALDING LLP
1700 Pennsylvania Av., N.W.
Suite 200
Washington, D.C. 20006
202.626.5540 (phone)
202.626.3737 (fax)
MPolston@kslaw.com

*Counsel for Plaintiffs*