UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 18-2841 (RMC) |
| ALEX M. AZAR II, Secretary of the Department of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) | |
| UNIVERSITY OF KANSAS HOSPITAL AUTHORITY, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-132 (RMC) |
| ALEX M. AZAR II, Secretary of the Department of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER TO SHOW CAUSE**

On February 27, 2019, the Court asked the above-captioned parties if they would be open to consolidation of their cases, which both challenge the same agency rule on purely legal grounds. *See* 2/27/2019 Min. Order. Both sets of Plaintiffs opposed in the interest of making their own legal arguments in their own briefs. *See* Response to the Court's Minute Order of Feb. 27, 2019 [Dkt. 18] [Dkt. 9]. Briefing in both cases is now complete and the Court is considering arguments made in both cases. Plaintiffs are thus jointly **ORDERED TO SHOW**

1

**CAUSE**, by no later than **August 23, 2019**, why the above-captioned cases should not be consolidated for the purposes of decision.

Date: August 15, 2019

                                                                                                                          _____

                                                                                                                          ROSEMARY M. COLLYER
                                                                                                                            United States District Judge